# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-40869
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 21, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

RILEY RENE VALLEJO,

Defendant–Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:15-CR-735-2

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Riley Rene Vallejo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Vallejo has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Vallejo's claim of ineffective assistance related to his mental health issues; we therefore decline to consider the claim without

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-40869

prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Vallejo's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review; we further determine that Vallejo's remaining claims of ineffective assistance of counsel present no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.